Steven A. Alpert, SBN: 159730
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Facsimile

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**TIMOTHY HOOPER,**<br><br>Debtor. | Case No: 2:09-bk-45813-AA<br>Chapter 13<br><br>**NOTICE OF CONTINUED CONFIRMATION HEARING**<br><br>Date:  May 27, 2010<br>Time:  10:30 a.m.<br>Place:  255 East Temple Street, Courtroom 1375<br>         Los Angeles. CA |

**TO: LISTED CLAIMANTS, KATHY A. DOCKERY/CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that a continued confirmation hearing for the above-captioned case has been scheduled. The hearing shall take place at the above date and time.

Dated: April 14, 2010

_____
Marlene Gonzalez
Chapter 13 Administrator

| In re:  Timothy Hooper | CHAPTER  13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-45813-AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436

The foregoing document described **NOTICE OF CONTINUED CONFIRMATION HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 15, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Steven A Alpert    cacbefile@pricelawgroup.com
- Kathy A Dockery    efiling@CH13LA.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On April 15, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Alan Ahart (Via U.S. Mail)
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 15, 2010 | Marlene Gonzalez | _/s/_ |
|---|---|---|
| Date | Typed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9021-1.1**

-2-

Timothy Alan Hooper, Sr.
4904 West 134th Place
Hawthorne, CA 90250

Steven A. Alpert
Price Law Group, APC
15760 Ventura Blvd.
Suite 1100
Encino, CA 91436

21st Century Insurance
6301 Owensmouth Ave.
Woodland Hills, CA 91367

Bank of America
Bankruptcy Department
Post Office Box 2278
Norfolk, VA 23501

Downey Savings & Loan
P.O. Box 25090
Santa Ana, CA 92799-5790

FIA Card Services, NA
Attn: Mr. BK
1000 Samoset Dr
DE5-023-03-03
Newark, DE 19713

IRS-Internal Revenue Srvc-CIO
Post Office Box 21126
Stop N781
Philadelphia, PA 19114

Kathy A. Dockery, Chapter 13 Trustee
700 S. Flower Street
Suite 1950
Los Angeles, CA 90017

Nancy Curry
606 South Olive Street
Suite 950
Los Angeles, CA 90014

Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541

State of CA Franchise Tax Board
P.O. Box 419001
Rancho Cordova, CA 95741

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

US Bank
P.O. Box 6353
Fargo, ND 58125-6353